UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § | |
| **Terri Jenkins** | § | Civil Action No. 4:19-cv-04759 |
| Debtor | § | |
| | § | Bankruptcy Case No. 19-33769 |
| **Terri Jenkins** | § | |
| Appellant | § | |

# Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 11/25/2019. The designation of the record was due on Click here to enter due date.. *See* Fed. R. Bankr. P. 8006.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

   ☒ The filing fee has not been paid.

   ☐ The record has not been designated.

   ☐ The record designated by the appellant includes transcripts that have not been ordered.

   ☐ The appellant has not arranged to pay for the transcripts designated.

Date: December 20, 2019

David J. Bradley, Clerk of Court
H. Lerma
Deputy Clerk