United States District Court
Southern District of Texas
**ENTERED**
March 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE JENKINS | § § § § § § § § § CIVIL ACTION NO. 4:19-CV-4759 |

## ORDER

Before the Court is Plaintiff Terri Jenkins's Motion for Extension of Time to File Opening Brief. (Doc. No. 5). The Motion is GRANTED. Plaintiff must file her Opening Brief no later than April 5, 2020.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 19th day of March, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE